**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JAYMES PARPARIAM, and**
**JOHN WILLIAMS, on behalf of**
**Themselves and on behalf of all others**
**Similarly situated,**

      Plaintiffs,

v.                                Case No.: 8:21-cv-02540-KKM-CPT

**LEGENDS HOSPITALITY, LLC,**

      Defendant.
_____/

**DEFENDANT, LEGENDS HOSPITALITY, LLC's**
<u>**NOTICE OF A RELATED ACTION**</u>

In accordance with Local Rule 1.07(c), I certify that the instant action:

____ IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

__X__ IS NOT       related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF A RELATED ACTION upon each party no later than fourteen days after appearance of the party.

Dated this 4th of January, 2022.

        Respectfully submitted by:

        **JACKSON LEWIS P.C.**

/s/ *Phillip J. Harris*
**PHILLIP J. HARRIS**
**Lead Trial Counsel**
Florida Bar No.: 0044107
E-mail: Phillip.Harris@jacksonlewis.com
E-Mail: Christopher.Gomez@jacksonlewis.com
E-mail: TampaDocketing@jacksonlewis.com

**EMERAUDE LEREBOURS**
Florida Bar Number: 1025851
E-mail: Emeraude.Lerebours@jacksonlewis.com
E-mail: Nicole.Villa@jacksonlewis.com

Wells Fargo Center
100 S. Ashley Drive, Suite 2200
Tampa, Florida 33602
Telephone:    813-512-3210
Facsimile:    813-512-3211
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 4th day of January, 2022, a true and correct copy of *Defendant's Notice Of A Related Action* was furnished via electronic mail to counsels for Plaintiffs Brandon J. Hill (bhill@wfclaw.com) and Amanda E. Heystek (aketeksen@wfclaw.com ).

        /s/ *Phillip J. Harris*
        Attorney for Defendant