UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JAYMES PARPARIAM, AND
JOHN WILLIAMS, ON BEHALF OF
THEMSELVES AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED,**

    **Plaintiffs,**

v.                                   Case No. 8:21-CV-02540-KKM-CPT

**LEGENDS HOSPITALITY, LLC,**

    **Defendants.**

_____/

CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

Complete and return to:  c/o Brandon J. Hill, Esquire
                                   Wenzel Fenton Cabassa, P.A.
                                   1110 North Florida Avenue
                                   Suite 300
                                   Tampa, Florida 33602
                                   Main Number: (813) 224-0431
                                   Facsimile: (813) 229-8712
                                   E-Mail: bhill@wfclaw.com

Name: McKendrick Prinley_____

Address: ___2105 E. Hamilton Ave_____

City: _Tampa_____ State _____Florida____ Zip _____33610_____

Telephone: ____(727) 220-9907_____

Doc ID: 5d2b61aad13f1942b6391495aaf2a03f68e75e0e

E-Mail: ____juicyentfl@gmail.com_____

1. During the three years preceding the filing of this lawsuit, I was employed by Defendant. I consent and agree to pursue my claims in connection with the above-referenced lawsuit arising out my employment.

2. During the three years preceding the filing of this lawsuit, Defendant failed to pay me overtime wages in violation of the Fair Labor Standards Act ("FLSA").

3. I understand that this lawsuit is brought under the FLSA, 29 U.S.C. § 201, *et seq*. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action. I hereby designate Wenzel Fenton Cabassa, P.A., 1110 North Florida Avenue, Suite 300, Tampa, Florida 33602, to represent me for all purposes in this action. I agree to be bound by any settlement entered into by the Named Plaintiff without the need for my signature on any settlement agreement, and any judgment entered in this case.

Signature:_____   Date: 01 / 27 / 2022_____