UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JAYMES PARPARIAM, AND
JOHN WILLIAMS, ON BEHALF OF
THEMSELVES AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED,**

 **Plaintiffs,**

v.          Case No. 8:21-CV-2540-KKM-CPT

**LEGENDS HOSPITALITY, LLC,**

 **Defendants.**
_____/

CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

Complete and return to:  c/o Brandon J. Hill, Esquire
           Wenzel Fenton Cabassa, P.A.
           1110 North Florida Avenue
           Suite 300
           Tampa, Florida 33602
           Main Number: (813) 224-0431
           Facsimile: (813) 229-8712
           E-Mail: bhill@wfclaw.com


Name: ___Jethro St. Hubert_____

Address: ___6230 Ungerer St_____

City: _Jupiter_____   State _____Florida____   Zip _____33458_____

Telephone: ____(772) 349-3051_____

Doc ID: 021028a42e4efe0287c95c93e9bee41cd40bd31f

E-Mail: ____hubjeff880@gmail.com_____

1. During the three years preceding the filing of this lawsuit, I was employed by Defendant. I consent and agree to pursue my claims in connection with the above-referenced lawsuit arising out my employment.

2. During the three years preceding the filing of this lawsuit, Defendant failed to pay me overtime wages in violation of the Fair Labor Standards Act ("FLSA").

3. I understand that this lawsuit is brought under the FLSA, 29 U.S.C. § 201, *et seq*. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action. I hereby designate Wenzel Fenton Cabassa, P.A., 1110 North Florida Avenue, Suite 300, Tampa, Florida 33602, to represent me for all purposes in this action. I agree to be bound by any settlement entered into by the Named Plaintiff without the need for my signature on any settlement agreement, and any judgment entered in this case.

Signature:_____     Date:___01 / 28 / 2022_____

Doc ID: 021028a42e4efe0287c95c93e9bee41cd40bd31f



# Audit Trail

| | |
|---|---|
| **TITLE** | St. Hubert- Opt In |
| **FILE NAME** | Opt In Hubert -final.pdf |
| **DOCUMENT ID** | 021028a42e4efe0287c95c93e9bee41cd40bd31f |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Signed |

## Document History

**SENT**  
**01 / 27 / 2022**  
14:48:48 UTC-5  
Sent for signature to Jethro St. Hubert (hubjeff880@gmail.com) from aketelsen@wfclaw.com  
IP: 47.206.173.38

**VIEWED**  
**01 / 28 / 2022**  
13:39:52 UTC-5  
Viewed by Jethro St. Hubert (hubjeff880@gmail.com)  
IP: 174.250.246.130

**SIGNED**  
**01 / 28 / 2022**  
13:40:19 UTC-5  
Signed by Jethro St. Hubert (hubjeff880@gmail.com)  
IP: 174.250.246.130

**COMPLETED**  
**01 / 28 / 2022**  
13:40:19 UTC-5  
The document has been completed.

Powered by HELLOSIGN