UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JAYMES PARPARIAM, and
JOHN WILLIAMS, on behalf
of themselves and on behalf
of all others similarly situated,**

    **Plaintiff,**

                         CASE NO.: 8:21-cv-2540-KKM-CPT

v.

**LEGENDS HOSPITALITY, LLC,**

    **Defendant.**
_____/

## NOTICE OF RESOLUTION

Pursuant to Local Rule 3.09(a), Plaintiffs respectfully notifies the Court that the above-styled action has been settled.

Dated this 24th day of May, 2022.

                                  Respectfully submitted,

                                  */s/Brandon J. Hill*
                                  **BRANDON J. HILL**
                                  Florida Bar Number: 37061
                                  Direct No.: 813-337-7992
                                  **WENZEL FENTON CABASSA, P.A.**
                                  1110 North Florida Ave., Suite 300
                                  Tampa, Florida 33602
                                  Main No.: 813-224-0431
                                  Facsimile: 813-229-8712
                                  Email: lcabassa@wfclaw.com
                                  Email: bhill@wfclaw.com
                                  **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of May, 2022, the foregoing was electronically filed using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                                         */s/Brandon J. Hill*
                                                                         **BRANDON J. HILL**