UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAYMES PARPARIAM, and
JOHN WILLIAMS, on behalf
of themselves and on behalf of
all others similarly situated,

    Plaintiffs,

v.                                       Case No. 8:21-cv-2540-KKM-CPT

LEGENDS HOSPITALITY, LLC,

    Defendant.
_____

## ORDER

The parties have notified the Court that they have settled this case. (Doc. 34.) Accordingly, the Court orders that this case is **dismissed without prejudice**. *See* Local Rule 3.09(b). Within **30 days** of this order, the parties may submit a stipulated judgment or move to reopen the action. *See id.*; FED. R. CIV. P. 59(e), 60(b). After that 30-day period, the dismissal shall be **with prejudice**.

The Clerk is directed to terminate any pending motions and deadlines and to close this case.

**ORDERED** in Tampa, Florida, on May 25, 2022.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge