# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JAYMES PARPARIAM, AND
JOHN WILLIAMS, ON BEHALF OF
THEMSELVES AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED,

    **Plaintiffs,**

v.                                            Case No. 8:21-CV-02540-KKM-CPT

LEGENDS HOSPITALITY, LLC,

    **Defendants.**
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs, JAYMES PARPARIAM, and JOHN WILLIAMS, on behalf of themselves and on behalf of all others and Defendant, LEGENDS HOSPITALITY, LLC, by and through their respective undersigned counsel, hereby stipulate to the dismissal of this matter with prejudice in accordance with Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs.

    Dated this 23rd day of June, 2022.

| | |
|---|---|
| JACKSON LEWIS P.C. | WENZEL FENTON CABASSA, P.A. |
| Wells Fargo Center | 1110 North Florida Avenue |
| 100 S. Ashley Drive, Suite 2200 | Suite 300 |
| Tampa, Florida 33602 | Tampa, Florida 33602 |
| Telephone:  813-512-3210 | Telephone:  813-224-0431 |
| Facsimile:  813-512-3211 | Facsimile:  813-229-8712 |
| | |
| BY: */s/Phillip J. Harris* | BY: */s/ Brandon J. Hill* |
|     Phillip J. Harris |     Brandon J. Hill |
|     Florida Bar Number: 0044107 |     Florida Bar Number: 0053643 |
|     E-mail: Phillip.Harris@jacksonlewis.com |     E-mail:  bhill@wfclaw.com |
|     Counsel for Defendant |     Counsel for Plaintiff |